IN THE

# SUPREME COURT OF JUDICATURE

OF THE

## STATE OF NEW-YORK,

FROM 21st JUNE, 1832, TO 18th APRIL, 1833.

---

THE PEOPLE, on the relation of J. MUSGROVE, vs. THE NEW-YORK COMMON PLEAS.

To a return to a mandamus, a relator is not allowed to demur specially; if dissatisfied with the return, he may obtain a further or supplementary return.

MANDAMUS. The relator having obtained an alternative mandamus, commanding the judges of the common pleas of New-York to sign and seal a bill of exceptions which had been tendered to them, or to shew cause, the judges made return that they refused to seal the bill without the same should contain *all the evidence* relating to the matters of law therein excepted to, and which they alleged the bill did not contain. To this return the relator *demurred specially,* that in the return it is not alleged that the bill does not contain all the evidence *material* and *necessary* to present the question of law raised by the bill. A motion was now made on the behalf of the judges of the C. P. to *set aside* the demurrer, on the ground that no demurrer can be put in, in such cases.

*D. Lord, jun.* for the motion.

<span style="float:right">June 21,</span>

*A. S. Garr*, contra, citing 8 *Cowen*, 123; 1 *Wendell*, 421 ; 5 *id.* 103.

*By the Court*, SUTHERLAND, J.   The motion must be granted.   This court will not permit subordinate tribunals to be harassed with special demurrers to returns made by them.   If the relator is dissatisfied with a return made, conceiving it to be evasive, or the construction of any matters alleged in it to be of doubtful character, upon suggestion of its insufficiency, a further or supplementary return will be ordered, and thus the rights of a party as effectually protected as if permitted to demur specially.